**EXHIBIT 1**

**BRAIN FLAKES U.S. Registration**

# United States of America
### United States Patent and Trademark Office

# Brain Flakes

**Reg. No. 5,049,910**

**Registered Sep. 27, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

VIAHART LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
1321 Upland Dr. #6481
Houston, TX 77043

CLASS 28: Children's educational toys for developing fine motor skills and engineering skills; Construction toys; Stacking toys; Toy building blocks; Toy building blocks capable of interconnection; Toy construction sets

FIRST USE 11-19-2013; IN COMMERCE 2-16-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-021,780, FILED 05-03-2016
LESLEE ANN FRIEDMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office