IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIAHART, LLC | ) | |
| | ) | |
| v. | ) | Case No.    17-cv-8142 |
| | ) | |
| Does 1-299 | ) | Judge: |
| | ) | |
| | ) | Magistrate: |
| | ) | |
| | ) | |

**PLAINTIFF**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff VIAHART, LLC, a Connecticut Limited Liability Company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Corporate Disclosure Statement and certifies that Plaintiff has no publicly traded parent company that owns five percent (5%) or more of its stock.

Respectfully submitted,

By: _____
David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com