IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIAHART, LLC | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-8142 |
| | ) | |
| Does 1-299 | ) | Judge: Hon. Andrea R. Wood |
| | ) | |
| | ) | Magistrate: Hon. M. David Weisman |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff VIAHART, LLC seeks entry of an ex parte (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 10th of November, 2017.        Respectfully submitted,

By: _____
David Gulbransen
Attorney of Record, Counsel for Plaintiff

2

David Gulbransen (#6296646)
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com