**Declaration of David Gulbransen**

**Exhibit 1**
**Examples of Infringing Webstores**
**Featuring Trademark Infringements**





com/AGARE-Snowflakes-Interlocking-Educational-Environmental/dp/B01M2WT8Z1/ref=sr_1_10?ie=UTF8&qid=1506975
flakes



com/Interlocking-Creative-Educational-Alternative-Childrens/dp/B0719CH3YP/ref=sr_1_13?ie=UTF8&qid=1506976529&s
-flakes



com/TrendBox-Snowflakes-Interlocking-Educational-Construction/dp/B01NBF1H0T/ref=sr_1_11?ie=UTF8&qid=150697688
-flakes



com/AMOSTING-Building-Educational-Plastic-Preschool/dp/B01NCW2X5Q/ref=sr_1_15?ie=UTF8&qid=1506976643&sr=
-flakes



com/dp/B071GF2Z1J/ref=sxbs_sxwds-
/PDKIKX0DER&pf_rd_p=3171424582&pd_rd_wg=ou7Nz&pf_rd_r=5CSYS7J4W85W5WKEBDGF&pf_rd_s=desktop-sx-b
_rd_i=B071GF2Z1J&pd_rd_w=8aiAG&pf_rd_i=brain+flakes&pd_rd_r=VJB4SNBVBSJ0438SKWK0&ie=UTF8&qid=15069



com/Interlocking-Educational-Construction-Preschool-Snowflakes/dp/B0757DCXP5/ref=sr_1_20?ie=UTF8&qid=1506976

flakes



[com/QUN-FENG-Appearance-Snowflake-Interlocking/dp/B075CB3H9R/ref=sr_1_23?ie=UTF8&qid=1506977900&sr=8-](#)
[flakes](#)



com/Educational-Interlocking-Imaginative-Building-Preschool/dp/B06XSTSPN4/ref=sr_1_24?ie=UTF8&qid=1506977900&
-flakes



com/FUNTOK-Interlocking-Snowflake-Building-Educational/dp/B0728LSV86/ref=sr_1_33_sspa?ie=UTF8&qid=15069779
ain+flakes&psc=1



com/Bestfy-Educational-Building-Snowflake-Interlocking/dp/B074KJDCWG/ref=sr_1_42?ie=UTF8&qid=1506978132&sr=
-flakes



com/SUPRBIRD-Snowflakes-Educational-Interlocking-Multicolor/dp/B071DF5BZY/ref=sr_1_48?ie=UTF8&qid=1506978132

-flakes



com/Babite-Snowflake-Snowflakes-Building-Educational/dp/B072QB612Z/ref=sr_1_51?ie=UTF8&qid=1506978362&sr=8
-flakes



n/itm/educational-toys-brain-flakes-500-piece-interlocking-plastic-disc-set-building-
l=2008412673&hash=item3af20c4921:g:w8AAAOSwPXdZdkz2



n/itm/klikko-Educational-Toys-Brain-Flakes-500-Piece-Interlocking-Plastic-Disc-Set-
l=2008412673&hash=item2cc588745a:g:N6YAAOSwk9dZpjNe





n/itm/klikko-Educational-Toys-Brain-Flakes-500-Piece-Interlocking-Plastic-Disc-Set-
l=2008412673&hash=item3f8656cb54:g:K2EAAOSwlEdZsE~c





https://www.ebay.com/itm/klikko-Educational-Toys-Brain-Flakes-500-Piece-Interlocking-Plastic-Disc-Set-/112412334334?epid=2008412673

n/itm/klikko-Educational-Toys-Brain-Flakes-500-Piece-Interlocking-Plastic-Disc-Set-
l=2008412673&hash=item1a2f5bf648:g:WcMAAOSwDrNZVtcc



n/itm/150X-Brain-Flakes-Kids-Creative-Educational-Building-Discs-Block-Toy-Safe-GiftFF-
l=2267206545&hash=item238e4a4e36:g:sF0AAOSw9ytZoRT2





AT **5% OFF** (add 4 to cart) See all eligible items ▶

**Building Blocks Educational Kids Toy Set Building Discs Brain Flakes**

☆☆☆☆☆ Be the first to write a review.

| Item condition: | New |
| Quantity: | 1    5 available |
| Price: | US $24.09 |

**Buy It Now**

**Add to cart**

○ Add to watch list
★ Add to collection

| Free delivery in 3 days | 30-day returns | New condition |

Shipping: **FREE** Expedited Shipping | See details
Item location: San Jose, CA, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Thu. Oct. 26** to 11102 ⊙

Payments: **PayPal** **VISA** ⬛ ⬛ DISCOVER

**Seller information**
socios_sales_are_in_ou
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store: 🅱 bosk_n_g
See other items

| ....zip ▾ | drive-download-20171....zip ▾ | bol (35).pdf ▾ | pallet-labels-FBA59BG....pdf ▾ | pallet-labels-FBA5B1F....pdf ▾ |

n/itm/720pcs-Building-Blocks-Educational-Toys-Set-Plastic-Discs-Brain-Flakes-STEM-Toys-
l=907239014&hash=item3d3c06b25f:g:EAMAAOSwYlRZJGxj



n/itm/NextX-Building-Blocks-Educational-Toys-Set-Plastic-Building-Discs-Brain-Flake-
l=907239014&hash=item3d435ab178:g:7kcAAOSwxbJZg56P







n/itm/NextX-Building-Blocks-Educational-Toys-Set-Plastic-Building-Discs-Brain-
l=907239014&hash=item25dffe44ea:g:OuwAAOSwA2hZuHOq





n/itm/7TECH-Snowflake-Building-Blocks-1000-Pcs-Brain-Flakes-Stem-Educational-Toys-f-
l=2203098489&hash=item4d64c30568:g:oRYAAOSw7NpZ1s0u



n/itm/7TECH-Snowflake-Building-Blocks-1000-Pcs-Brain-Flakes-Stem-Educational-Toys-
l=2203098489&hash=item1c946656c5:g:pNMAAOSwaMhZ3TjH





























5.html?spm=2114.search0104.3.1.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_100
_10341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10059_10536_10534_10533_
)0020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_101
_10312_10313_10314_10078_10079_10073-9914,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77ed-4c0e-b34a
_expid=f6a9b04d-9fae-4b84-b830-081619c59758-0&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758

https://www.aliexpress.com/item/Plastic-Snowflake-Style-Nursery-Early-Childhood-Building-Blocks-Toy-1Bag-100pcs/32308936035.html?spm

ShipStation | Google Drive | Calendar | News | Business | Utilities | Contact Us's | Customer Service T... | Games | Music

Buyer Protection | Help | Save big on our app! | Ship to / USD

I'm shopping for... | All Categories | 0 Cart | Wish List

New here? Get you

Store | Open: 4 year(s) | 35117 | 98.2% Positive feedback | Follow

> Toys & Hobbies > Models & Building Toy > Blocks

Plastic Brain Flakes Interlocking Plastic Disc Set Snowflake Building Nursery School Toy High Quality,No Burr 1Bag=100pcs

Not in love after 15 days? Return it! Learn more

4.9 (36 votes) 61 orders

Price: **US $4.90** / lot 100 pieces / lot , US $0.05 / piece

Bulk Price

Shipping: US $1.05 to United States via ePacket

Estimated Delivery Time: 12-20 days

Quantity: 1 lot (17 lots available)

Total Price: US $5.95

Buy Now | Add to Cart

Add to Wish List (390 Adds)

Rec

s.com/item/400Pcs-Snowflake-Building-Blocks-Plastic-Novelty-Building-Blocks-kids-Building-Bricks-Educational-Toys-
ıtml?spm=2114.search0104.3.9.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_1006
0341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10059_10536_10534_10533_9
)020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_1011
0312_10313_10314_10078_10079_10073-9914,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77ed-4c0e-b34a-
_expid=f6a9b04d-9fae-4b84-b830-081619c59758-1&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758

s.com/item/AMOSTING-Building-Blocks-Educational-Toys-Set-Plastic-Brain-Flakes-STEM-Toys-for-Preschool-Kids-360p
ml?spm=2114.search0104.3.24.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_1006
0341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10536_10534_10533_9
020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_1011
0312_10313_10314_10078_10079_10073-10152_9914_10111,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77
_expid=f6a9b04d-9fae-4b84-b830-081619c59758-3&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758



ss.com/item/LeadingStar-500-Piece-Interlocking-Plastic-Disc-Set-Great-Children-Puzzle-Toy-Brain-Flakes-Hot-
.html?spm=2114.search0104.3.65.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_10
0_10341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10059_10536_10534_10533
90020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_10
0_10312_10313_10314_10078_10079_10073-9914,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77ed-4c0e-b34
_expid=f6a9b04d-9fae-4b84-b830-081619c59758-9&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758



s.com/item/LeadingStar-500-Piece-Interlocking-Plastic-Disc-Set-Great-Children-Puzzle-Toy-Brain-Flakes-Hot-
.html?spm=2114.search0104.3.73.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_10
) 10341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10536_10534_10533
i90020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_10
) 10312_10313_10314_10078_10079_10073-9914,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77ed-4c0e-b34
_expid=f6a9b04d-9fae-4b84-b830-081619c59758-10&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758



...s.com/item/100Pcs-lot-Brain-Flakes-Kids-Plastic-Building-Discs-Toy-Creative-And-Educational-Building-Block-Toy-
...html?spm=2114.search0104.3.87.kkGgOC&ws_ab_test=searchweb0_0,searchweb201602_2_10152_10065_10151_100...
...10341_10540_10307_10060_10155_10154_10056_10055_10539_10054_10538_10537_10059_10536_10534_10533_...
...0020_10052_5640020_10053_10107_10050_10142_10051_10325_10084_10083_5370020_10080_10082_10081_101...
...10312_10313_10314_10078_10079_10073-9914,searchweb201603_25,ppcSwitch_2&btsid=b12eb798-77ed-4c0e-b34a...
..._expid=f6a9b04d-9fae-4b84-b830-081619c59758-12&algo_pvid=f6a9b04d-9fae-4b84-b830-081619c59758







https://www.alibaba.com/product-detail/Kids-Educational-Building-Blocks-Toys-Set_1899203269.html?spm=a2700.7724838.2017115.51.59

A ❋ ShipStation | 🌥 Google Drive | 22 Calendar | 🗀 News | 🗀 Business | 🗀 Utilities | 🗀 Contact Us's | 🗀 Customer Service T... | 🗀 Games | 🗀 Music

brainflak

a.com | Sourcing Solutions ⌄ | Services & Membership ⌄ | Help & Community ⌄
starts here.

Products ⌄ | What are you looking for... | 🔍 Search | Sign In  Join Free | 🅢 Order
| | | My Alibaba | Protection

ernational Trading (Dalian) ... ⌄ | 🔶4YRS | 🟠 🏠

Range | Home | Company Profile | Contact Details

Toys & Hobbies > Other Toys & Hobbies (1003275) ☐ Subscribe to Trade Alert



Kids Educational Building Blocks Toys Set Plastic Construction Brain Flakes Toys Educational Puzzle Toy

FOB **Reference** Price: Get Latest Price

**US $1-5** / Piece | 1000 Piece/Pieces (Min. Order)

Supply Ability:    5000 Piece/Pieces per Day

Port:        Ningbo/Dalian

✉ Contact Supplier | Start Order

☺ Leave Messages

You May Like

libaba.com/product/60570820705-

akes Manipulative Toys Building Blocks for preschool Educational Toys Teaching Aids Early Childhood learning.h

e32a2caFaOeXT