IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| VIAHART, LLC | ) | | |
| | ) | | |
| v. | ) | Case No. | 17-cv-8142 |
| | ) | | |
| Does 1-299 | ) | Judge: | Hon. Andrea R. Wood |
| | ) | | |
| | ) | Magistrate: | Hon. M. David Weisman |
| | ) | | |
| | ) | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on at Thursday, November 16th at 9:00am, or as soon thereafter as may be heard, Plaintiff VIAHART, LLC shall appear before the Honorable Andrea R. Wood or any judge sitting in his or her stead in Courtroom 1925 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Plaintiff's Motion to Exceed Page Limitation** and **Plaintiff's *Ex Parte* Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order**.

Dated this 13th of November, 2017.    Respectfully submitted,

                                            By: _____
                                                  David Gulbransen
                                                  Attorney of Record, Counsel for Plaintiff

                                                  David Gulbransen (#6296646)
                                                  Law Office of David Gulbransen
                                                  159 N. Marion Street, Suite 172
                                                  Oak Park, IL 60302
                                                  (312) 361-0825 p.
                                                  (312) 873-4377 f.
                                                  david@gulbransenlaw.com