UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

VIAHART

              Plaintiff,

v.

Does 1–299

              Defendant.

Case No.: 1:17–cv–08142
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 17, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's Motion for for temporary restraining order [8] is granted. Enter order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.