# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAHART, LLC | ) |
| | ) |
| v. | ) Case No. 17-cv-8142 |
| | ) |
| Does 1-299 | ) Judge: Hon. Andrea R. Wood |
| | ) |
| | ) Magistrate: Hon. M. David Weisman |
| | ) |
| | ) |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Viahart, LLC, voluntarily dismiss any and all claims against defendants with prejudice:

| **Doe** | **Merchant ID** | **Store Name** | **Email** |
|---|---|---|---|
| Doe 98 | enthone-clothing | enthone-clothing | qlczcw9771@126.com |
| Doe 99 | eveningstore2015 | eveningstore2015 | wangchao20150910@hotmail.com |
| Doe 103 | finebyfurnishings | finebyfurnishings | omfrkn0604363@126.com |
| Doe 109 | good-news98 | good-news98 | vmvwyubvookywvdlm@126.com |
| Doe 113 | jietaielectronics | jietaielectronics | wcmeoq176469@126.com |
| Doe 139 | rongsheng-electronics | rongsheng-electronics | btee48@163.com |
| Doe 158 | wonderfulbuying36588 | wonderfulbuying36588 | wonderfulbuying365@126.com |

Dated: January 18, 2018

Respectfully submitted,

2

By: _____
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2