**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VIAHART, LLC | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-8142 |
| | ) | |
| Does 1-299 | ) | Judge Andrea R. Wood |
| | ) | |
| | ) | Magistrate Judge M. David Weisman |
| | ) | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff, Viahart, LLC ("Plaintiff") against the

defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint

(collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and

Default Judgment against the defendants identified on Schedule "A" to Complaint, with the

exception of those already dismissed or having filed motions for extensions to answer

(collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of BRIAN FLAKES trademark, U.S. Reg. No. 4164154.

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the BRIAN FLAKES trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Viahart product

or not authorized by Plaintiff to be sold in connection with the BRIAN FLAKES Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Viahart product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Viahart and approved by Plaintiff for sale under the BRIAN FLAKES Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Viahart, or are sponsored by, approved by, or otherwise connected with Viahart;

d. further infringing the BRIAN FLAKES trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the BRIAN FLAKES trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the BRIAN FLAKES trademark or any reproductions, counterfeit copies or colorable imitations thereof that is

not a genuine Viahart product or not authorized by Viahart to be sold in connection with the BRIAN FLAKES trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the BRIAN FLAKES trademark; and

j. using images covered by the Viahart's Copyrights or any of Viahart's original photographs that Viahart uses to advertise the sale of original Viahart products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the BRIAN FLAKES Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One-Hundred Thousand Dollars (U.S.) and No Cents ($100,000.00) excepting Doe Defendant 225 against whom Plaintiff is awarded statutory damages in the amount of One Million Dollars (U.S.) and No Cents ($1,000,000.00), for using counterfeit BRIAN FLAKES Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

   i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

   ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in

Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for

Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: 4/11/2018

_____

Andrea R. Wood
United States District Judge

## Schedule A

## Defaulting Defendants

| Doe | Seller ID | Store Name | Email |
|-----|-----------|------------|-------|
| Doe 004 | recase | Recase International Trading | charin@recase.com.cn |
| Doe 005 | lesong | Shenzhen Lesong Industrial Co., Ltd. | lynn@lesonggroup.com |
| Doe 006 | topaccessory | Yiwu Kashang Garments Co., Ltd. | topacce.6@topaccessory.cn |
| Doe 007 | Behorse Justinterest RC Store | Behorse Justinterest RC Store | SZBehorse@163.com |
| Doe 011 | LeadingStar Official Store | LeadingStar Official Store | ghj67863@21cn.com |
| Doe 019 | A2F7KIXO91O0OO | AGARE | zhoupeng544341046@yahoo.com |
| Doe 020 | A390RA0IAJWJEC | Allas | conconxiao@yahoo.com |
| Doe 023 | A20FKZB2039H0F | AZADAZA | amazon_info@163.com |
| Doe 032 | AOI86FMNHRBBX | dsed4323 | kaimao2005@163.com |
| Doe 037 | A24JGG7L2G88QJ | Happy_Rising Sun | joyce_510_hopeful@foxmail.com |
| Doe 041 | A10CRL2ZEYQYOJ | inpay | inpaymall@hotmail.com |
| Doe 042 | A1D6GI37303FXP | joe office | joelin38@outlook.com |
| Doe 043 | AMV0WDBY0FU8I | JoyeArt | amjp@hotjoye.com |
| Doe 053 | A6K3659B46Y3F | Odette Direct | odette.jewelry@gmail.com |
| Doe 067 | APS6XIW3CZEI7 | Top Cheer | goliya889@163.com |
| Doe 069 | AV42LWF0LQMUF | WTS-W | 3515929036@qq.com |
| Doe 070 | A3QSRA9T70Z9GH | Yeelann | yeelanlililanus@outlook.com |
| Doe 096 | easybuying2005 | easybuying2005 | easybuying2015@gmail.com |
| Doe 100 | excellent15390 | excellent15390 | excellent171819@gmail.com |
| Doe 101 | fantastic_baby | fantastic_baby | zxfebhs3094@163.com |
| Doe 102 | fashion-fat | fashion-fat | u1814746514535286@163.com |
| Doe 115 | jmt-store | jmt-store | saktibima408@gmail.com |
| Doe 161 | 57cc24e0387f4359bd101d42 | 3446395045 | 3446395045@qq.com |
| Doe 162 | 5901ac4bfc9cce11129b9925 | 13332562168 | 2134595275@qq.com |

| Doe 163 | 58f1bd68c2b366167a3e647b | adonggh | adonggh@163.com |
|---|---|---|---|
| Doe 164 | 59329a7c20e1bf3fc102c67c | Allok | 2955623864@qq.com |
| Doe 165 | 58d7674c74a9fc6e291e50c1 | Areke.Co.,Ltd Shop Online | fangwish@outlook.com |
| Doe 166 | 58e4af5c44e1790fb1a6e9a4 | AUATSELL | 2448516238@qq.com |
| Doe 167 | 5911cf39e9b56c3236aa6cdc | azhangling | xwang175@163.com |
| Doe 168 | 57e109bdfe5ec7723aa720cc | babybaby520 | 631632368@qq.com |
| Doe 169 | 570661b3d2f7762bc1b2ef15 | BigBOM | taeyanguaremysunshine@outlook.com |
| Doe 170 | 596b81b248912c651a9d8ac6 | blossom_c | 19503556@qq.com |
| Doe 171 | 58f170322303a8251fecd068 | Bo Burnham | 2045087582@qq.com |
| Doe 172 | 598409a6d9d6a46f6810d16e | bravehouse | huandingyangguan@yahoo.com |
| Doe 173 | 58afccdfe37fc6506d4f7fbc | Bright shop | jackzhangguangming@outlook.com |
| Doe 174 | 5909b8ec7a32eb72a67e0a96 | BST01 | bestorewish106@hotmail.com |
| Doe 175 | 578ca0ba4d66920c65d28bc0 | Call star | dageda9394@sina.com |
| Doe 176 | 5999a7b48696be0ca25c12a6 | CartoonCity | gaochaoqinwish@163.com |
| Doe 177 | 58d28c1699556a6bc544bf73 | CCMC | 1978859056@qq.com |
| Doe 178 | 59295711738a72659ae1d42c | chenpingna | 2640952602@qq.com |
| Doe 179 | 59a667b04b913a25237bb384 | chenxiaopan | olkipiu@163.com |
| Doe 180 | 578fe9d98039902885419910 | Cloud eMarket | cloudemarket@163.com |
| Doe 181 | 5975e81f1719746814c06d0c | duiwij | 226892354@qq.com |
| Doe 182 | 594ba0b38635f0615e7daca1 | ehomeysjh3 | ehomeysjh3@163.com |
| Doe 183 | 57bd7d2944ee7f4cb65dfc4b | Elizabeth Love | l8578945@163.com |
| Doe 184 | 598847f469eced1b3727c82b | enjoyshopping369 | lovezhaoyang2013@163.com |
| Doe 185 | 56041e17f864a442987f933b | Eric Design Group | ericwu5158@163.com |
| Doe 186 | 57372a71fa3a065931f95ee8 | Fashion buyers | 15957933568@163.com |
| Doe 187 | 577a1ea78da86074d1554662 | Fashion China Shoes | jinjianglizao01@126.com |
| Doe 188 | 57a891ac3ce257696243de06 | Fashion Mom1314 | 3529993544@qq.com |
| Doe 189 | 56388c9d2b6c38101ec88fe8 | Fish FR | 289055950@qq.com |

| Doe 190 | 58e60bdcf0bafc0f9096e40d | Freeloves | zhj881101006@gmail.com |
|---|---|---|---|
| Doe 191 | 55b051a61ee9642ab8f40ef6 | fuli | koalafu5@163.com |
| Doe 192 | 58eb247b7bbc2810681b3437 | FunShoppingHome | dianhuaji2017@qq.com |
| Doe 193 | 598dc369eea5c503d1e282b2 | globalFR | 226871923@qq.com |
| Doe 194 | 544f05289719cd15009bca18 | Goblins.trade | oxox3oo@163.com |
| Doe 195 | 57e3e45585c59a4355f8e422 | Gold Green | 1143207103@qq.com |
| Doe 196 | 58aceef4e5177c506d5ba367 | GT-Power | gordonqiu3@163.com |
| Doe 197 | 578719d24d66927e1a65fc7f | Handmade Yixing teapot | 361730366@qq.com |
| Doe 198 | 58d735237bd012536844ea60 | Happy zhou | zhouxia520@outlook.com |
| Doe 199 | 55b5b9100ad62940a13b6a63 | Health and beauty corporation | 1450056536@qq.com |
| Doe 200 | 57d1331245333e4af97d79b7 | hendryfx2016 | rikaner@outlook.com |
| Doe 201 | 58a95ceae7d77450dfbb6063 | hhyy168 | 931622013@qq.com |
| Doe 202 | 572246f9cd0b480efb043abb | high feeling | lovehone99@163.com |
| Doe 203 | 5774bc3ace2e44749a3b65da | HJWdedianshang | 1137517697@qq.com |
| Doe 204 | 596df23294158520afb84244 | hongjingda store | zhouhao007@126.com |
| Doe 205 | 58a17fc450362e4ff8e67030 | hope technology | 93526742@qq.com |
| Doe 206 | 56e6b755acebc558476e751c | HopeUshoppingFun | diannaobao2017@qq.com |
| Doe 207 | 595258706f397e20d188f4e1 | hopeyouhaveagoodday | yuloverita@163.com |
| Doe 208 | 580dcd27546763198b471047 | hoyoyoyo | m13828881307_1@163.com |
| Doe 209 | 5991680b15da070b59c568b7 | hujinhuhu | withoutpity111@outlook.com |
| Doe 210 | 5638350130ec121ddf8eb2ad | hukio international | jaweiks@163.com |
| Doe 211 | 577a6c0317c3e274715a51a3 | HWdedianpu | 1873645370@qq.com |
| Doe 212 | 58fb2c9705e4e510fdd61f5c | INAN | 3504247836@qq.com |
| Doe 213 | 5460a2889719cd555dd9bb6f | iwonston | nancy_lixiu@126.com |
| Doe 214 | 559ce19aa5a0d7402903d37b | izweng | izweng@163.com |
| Doe 215 | 58abf9d07761bd5053c82ac5 | Jackchenshop2017 | jackchenshop@hotmail.com |
| Doe 216 | 59916cd5776ab92f2c7a48f4 | JiaoerPenStore | 1277203660@qq.com |

| Doe 218 | 58e4b557c434e02df392e324 | joyshopping2017 | qinhao86@outlook.com |
|---|---|---|---|
| Doe 219 | 583bbf10870df81ba62cdeb8 | kaixintaotao | xiaobaobao2013888@163.com |
| Doe 220 | 5749a5563a698c4736e67807 | Kingking zhang | 373240400@qq.com |
| Doe 221 | 592ac60445f48c0882aa5b0b | koskos | yan8700@outlook.com |
| Doe 222 | 5811b5725250a24df381772c | Kuaileyisheng | tt20161106wy@126.com |
| Doe 223 | 5926a2b345f48c2ba17b2d3b | Leech | cq921372165@163.com |
| Doe 224 | 58cfedd96509e75133822ca4 | lianggough | lianggough@163.com |
| Doe 225 | 58788f3ca35cef463674c7c6 | lifezs | biluochun2017@qq.com |
| Doe 226 | 592ea7f87adb9f48adca32c7 | lilang | lhh741852@163.com |
| Doe 227 | 5947a27925c4f529005254c6 | linyongstore01 | 2559921427@qq.com |
| Doe 228 | 58b56dd16783d85212c3a4cc | liupeng store | liuwishpeng@163.com |
| Doe 229 | 58e9c944f4043910692e6efb | liuyichu | ljianj69@outlook.com |
| Doe 230 | 57184e4eae02345925d6bdf6 | Loving Story | wushuizhentou@qq.com |
| Doe 231 | 57e4de50c87c0f38540fd38f | lph | 6253236@qq.com |
| Doe 232 | 56fc772316e8cb58c099f2b4 | LUCKlili | 33150580@qq.com |
| Doe 233 | 54f317dea0086e329480e6e2 | luo's | luoxiaotingwish@outlook.com |
| Doe 234 | 596483ff4b913a363d7c5bea | maijiji | maijiji163668@126.com |
| Doe 235 | 5919636b864e5c721677718a | Mayzero | mayzero01@foxmail.com |
| Doe 236 | 543b408898dc205a0420b10d | Mixmelot.com | alexandermcplus@gmail.com |
| Doe 237 | 584684a60299bc6412479551 | MokeyBuy | jy-231920985@outlook.com |
| Doe 238 | 58351c846339b418e39d4632 | munisi008 | munisi008@163.com |
| Doe 239 | 594a552a8635f022b23c36e2 | Mywood merchants | yabeiy@sohu.com |
| Doe 240 | 57cbf394d4875f59c088dd65 | nan,Li | 2684618424@qq.com |
| Doe 241 | 58a17c4916fb9d4f60feb5f0 | niannian marker | 2267931865@qq.com |
| Doe 242 | 56a5b5c8a1b99f0e08acf104 | Nice Life Store | linda_group01@163.com |
| Doe 243 | 5464ba045f313f126a95682d | NiceLady | 425373598@qq.com |
| Doe 244 | 55fd65578d034042e3eb1c60 | NORTH EAST TRADE CO. | sunnyb2011@163.com |

| Doe 245 | 5593bcc8e10abe345b04 88e3 | one dollar sale | dallas_22015@hotmail.com |
|---|---|---|---|
| Doe 246 | 587886de0366d06a0c4b 3039 | onyourlife | shuangqiang2017@qq.com |
| Doe 247 | 5912ae7cd2dee6718e55 01b7 | Oushine | oushine100@163.com |
| Doe 248 | 57bfcfdfc48fad2546775c 1b | Purist | lrxqieshi@163.com |
| Doe 249 | 599fa7ba2351343afc92c 44c | qiuyuanstore | q2640058215@163.com |
| Doe 250 | 5964864f9579d87f677f0b 0a | REDshark Shop | wenxiangxin@yeah.net |
| Doe 251 | 593bf36aabea91721173e df9 | rongzhi0811 | 138798998@qq.com |
| Doe 252 | 5800767d8bf5da5b6d929 75c | Sen Bai | 601982110@qq.com |
| Doe 253 | 5557556af676240e94bce 735 | Shenzhen Fss Network Technology Co., Ltd. | jhp1011715@qq.com |
| Doe 254 | 58aabcb0a5ee2b50fb03a d1a | shizhongke | 18757636323@139.com |
| Doe 255 | 58a6e0895715a35b234b 8d27 | showger store | 405304312@qq.com |
| Doe 256 | 59870877efa695745f736 583 | Sibel | 83366587@qq.com |
| Doe 257 | 58e60e4556f9f81042531 883 | sky island | 3569961523@qq.com |
| Doe 258 | 58c24c463713b10eba07 932e | Stars Home | marrylingxingxing@outlook.com |
| Doe 259 | 58f6fa5dec4c741119cfc9 4c | stormocean | yewish13@163.com |
| Doe 260 | 592e1d66a126a3647f9aa 4d0 | Sun jay | shenjiahui126@126.com |
| Doe 261 | 58746f93a8174f6896b90 bf0 | SUSUi | 2184502409@qq.com |
| Doe 262 | 5923fbca980a346d5bcb8 ce5 | The eternal flowers in the sun | xinjingai2013@163.com |
| Doe 263 | 5762a54a2677e15e4600 e284 | The lucky goddess | 1191033160@qq.com |
| Doe 264 | 570b4f66a9dc125902e93 816 | UMAX | 2434095334@qq.com |
| Doe 265 | 54a9de0740b378422555 a0f2 | Vapeonly ltd | wish@buybest.com |
| Doe 266 | 594b798e146110118ec6 9bc8 | W-Mall-Online | chenkai889@hotmail.com |
| Doe 267 | 5971dd0c15da0774e91d 5621 | wang1212 | 3496160148@qq.com |
| Doe 268 | 5922e5f74995584db484b f70 | wanglvqing | jiga01@126.com |
| Doe 269 | 5918238b5106080c644b 9c1d | Webmoney | 3496578157@qq.com |
| Doe 270 | 577220397e548907c156 ba0e | wgzdedianpu | 1034238181@qq.com |
| Doe 271 | 58845528b2bb714c934ff 943 | wumeifushi | 240874043@qq.com |

| Doe 272 | 5992a4edeea5c55dc41f0f24 | wuyaobaodan | wuyaobaodan@sina.com |
|---|---|---|---|
| Doe 273 | 5928e4cf131a79052f3201cd | WXDZ | 1712903097@qq.com |
| Doe 274 | 5983fc46c439a9827ffd9b9ef | xiachan | 1690187685@qq.com |
| Doe 275 | 59a6ce840ec30f236635ac6f | XiangxinShop | 3402837334@qq.com |
| Doe 276 | 5714b4491013285ae2c26fa2 | xiaoxiangzi418 | yanxiang0418@hotmail.com |
| Doe 277 | 55bb8873855ad6464e7f4e0b | Xin Shun Xiang Trading (Shenzhen) Co., Ltd. | 2016412626@qq.com |
| Doe 279 | 574a56de7d31965cb23b5ed2 | xinqing | 1657470448@qq.com |
| Doe 280 | 591422974cb676577bf90da6 | xinshunxiang1 | xinshunxiang1@163.com |
| Doe 281 | 572ed97558058f591f91ed28 | xsj8383 | xsj8383@126.com |
| Doe 282 | 590c5bf881fa704a6b3b32c1 | XYH2017 | 3468209851@qq.com |
| Doe 283 | 5853f0adafa5ec4caf2cfbb6 | yanchao | 3174502240@qq.com |
| Doe 284 | 5836cf7a168b54048ce229d9 | yanghongjie | kcenyuyj@163.com |
| Doe 285 | 59677de7e81e8a269b9158f8 | yangzh6 | 3219009441@qq.com |
| Doe 286 | 58d8a70b5b306d53417448d6 | yayaqijiandian | putzerfiumbyre@hotmail.com |
| Doe 287 | 58b7d0901604f85a18ce750f | yazhou-one | 3461649370@qq.com |
| Doe 288 | 5805b1c63b3b3a194a5deef5 | yiwumingjikeji | 260182593@qq.com |
| Doe 290 | 598ae3fc35e73b4e0e421a18 | youyouwhiteTea | youyouwhitetea2017@126.com |
| Doe 291 | 56726ef46ce38126c84ad8c3 | YUNDA Mall | zszebay@163.com |
| Doe 292 | 598846992382702ce12e3c6b | z03110410 | 3578568064@qq.com |
| Doe 293 | 59475cf3b9ef5246cb6cf4a9 | zencart | 596254502@qq.com |
| Doe 294 | 58254a21e18c0f535f8c5a89 | zhangfangcong | 363305552@qq.com |
| Doe 295 | 58da11921009f952d2c811cd | zhanghunxia | 178061711@qq.com |
| Doe 296 | 59848484957b0c1946b47784 | zhangkuifa | 676838548@qq.com |
| Doe 297 | 58c3c3619148fb2c7219b478 | Zhenz | zhenz2017@outlook.com |
| Doe 298 | 59755a9821187f56f6071193 | zolzolshop | 872105034@qq.com |
| Doe 299 | 589c1d3aaecebd4f648e9479 | zoushuang | 183624308@qq.com |